UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | 2:99-cr-00091-KJD-GWF |
| )                                                | Case No. ~~CR-S-99-0091~~ |
| Plaintiff,                               ) | |
| )                                                | |
| v.                                          ) | |
| )                                                | |
| ELIZABETH LOUISE SIMMONS,  ) | |
| )                                                | |
| Defendants.                         ) | |

**ORDER FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION**

On plaintiff's motion and good cause appearing, the defendant, Elizabeth Louise Simmons, is hereby Ordered to appear before the United States Magistrate in courtroom **3A**, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the **29th** day of **September**, 2014 at **9:00 a.m.**, to then and there answer upon oath concerning the property of the defendant and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.

2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3. A copy of the titles to all you and your spouses' vehicles, automobiles, boats, aircraft, etc

4. Copies of your earnings statements (i.e. paychecks) for the past twelve months.

5. Copies of your bills for the past twelve months to verify statements on the financial form.

It is further ordered that a copy of this order shall be served upon the defendant by the United States Marshall or private process service at least __7__ calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this 12th day of September 2014.

*George Foley Jr.*
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian Pugh*
BRIAN PUGH
Assistant United States Attorney